UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

JUDGMENT IN A CIVIL CASE

RUBY BYERS, )
 )
    vs. ) Case No. 08-4131-CV-C-RED-SSA
 )
MICHAEL J. ASTRUE, )
Commissioner of the Social Security. )
 )

\_    Jury Verdict.   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

Upon review of the record, the Court finds that substantial evidence on the record as a whole supports the Administrative Law Judge's findings and conclusions in this case. Accordingly, the Court **AFFIRMS** the decision of the Administrative Law Judge.

**IT IS SO ORDERED.**


April 8, 2009                                            Ann Thompson
Date                                                             Clerk of the Court


Entered on: April 9, 2009                            s/ Karen Siegert
                                                                         (By) Deputy Clerk